No. 74–1372. TRAVISONO ET AL. *v.* SOUZA ET AL. C. A. 1st Cir. Motion of respondent Souza for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Alyeska Pipeline Service Co.* v. *Wilderness Society,* 421 U. S. 240 (1975).

No. 74–1413. COLEMAN, SECRETARY OF TRANSPORTATION, ET AL. *v.* CONSERVATION SOCIETY OF SOUTHERN VERMONT, INC., ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of 89 Stat. 424, 42 U. S. C. § 4332 (D) (1970 ed., Supp. V), and *Aberdeen & Rockfish R. Co.* v. *SCRAP,* 422 U. S. 289 (1975).

No. 74–1446. ROGERS ET AL. *v.* INTERNATIONAL PAPER Co. ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Albemarle Paper Co.* v. *Moody,* 422 U. S. 405 (1975).

No. 74–1470. LOUISIANA *v.* MORA. Sup. Ct. La. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to consider whether judgment is based upon federal or state constitutional grounds, or both. See *California* v. *Krivda,* 409 U. S. 33 (1972).